UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    GARY L. HANDLOSER AND
    MELISSA A. HANDLOSER     CASE NO. 18-52433-PJS
    CHAPTER 13
    HONORABLE PHILLIP J. SHEFFERLY

    DEBTORS.
_____/
MICHELLE MARRS (P59651)
Attorney for Debtors
6553 Jackson Ave.
Ann Arbor, MI 48103
(734) 663-0555
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**EXHIBIT TO MOTION OF KIA MOTORS FINANCE FOR RELIEF FROM THE AUTOMATIC STAY**

  1. Corrected Order for Relief from Automatic Stay

IN RE:

GARY L. HANDLOSER AND
MELISSA A. HANDLOSER

CASE NO. 18-52433-PJS
CHAPTER 13
HONORABLE PHILLIP J. SHEFFERLY

DEBTORS.
_____/

**ORDER FOR RELIEF FROM AUTOMATIC STAY AS TO KIA MOTORS FINANCE**

Kia Motors Finance ("Creditor") having filed its Motion for Relief from the Automatic Stay and for Waiver of the Provisions of FRBP 4001(a)(3); no parties having filed an objection to said Motion pursuant to the Notice of Motion; and the Certificate of No Response having been filed in this matter:

IT IS ORDERED that:

1) The Automatic Stay of 11 U.S.C. § 362(a) is terminated as to the interest of Kia Motors Finance in the 2018 Kia Niro, Vehicle Identification No. KNDCB3LCXJ5200564.

2) The Creditor is free to pursue its applicable non-bankruptcy remedies with respect to its interest in the subject vehicle.

3) Upon sale of the property any excess proceeds shall be paid to the Chapter 13 Trustee.

4) Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and the Creditor may immediately enforce and implement this Order.